FILED

05/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0590

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0590

_____

APRIL ARMSTRONG, DAVID R. BARNHILL,
K. AMY PFEIFER, PEGGY PROBASCO, and
PATRICK QUINN,

          Petitioners and Appellees,

   v.

BOARD OF PERSONNEL APPEALS,
MONTANA DEPARTMENT OF
ADMINISTRATION, MONTANA
DEPARTMENT OF PUBLIC HEALTH AND
HUMAN SERVICES,

          Respondents and Appellants.

                                   O R D E R

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on May 29, 2020, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 11(6)(b)(iii) requires that briefs include "the title of the case from the tribunal in which the case originated or from which an appeal is taken," including the name, venue, and judge in which the case originated or from which an appeal is taken. Appellant's brief does not include the name, venue, or presiding judge.

M. R. App. P. 12(1)(i) provides that an appellant's opening brief shall contain an appendix that includes the relevant judgment, orders, findings of fact, conclusions of law, jury instructions, rulings, or decisions from which the appeal is taken. Appellant did not include the District Court order from which it appeals in the appendix. Pursuant to this Court's Temporary Electronic Filing Rules, the appellant also must file paper copies of appendix documents required under Rule 12(1)(i). The Appendix also should include an

index so the Court doesn't have to search for the relevant documents.

IT IS THEREFORE ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule, and the appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised appendix containing the documents necessary to comply with the specified Rule and that the Appellant shall attach the revised appendix to each of the 9 paper copies of the opening brief filed with the Court; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief and appendix.

The Clerk is directed to provide a true copy of this Order to counsel for the Appellant and to all parties of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 29 2020